**U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**
**SENTENCING HEARING MINUTES**

Date: 1/20/2026                                    Case #: 3:25-cr-00161-SRU                    Dft #: 1

                                                   Honorable Judge: Stefan R. Underhill

**UNITED STATES OF AMERICA**                      Deputy Clerk: J. Reis

v.                                                 AUSA: Christopher Lembo

JULIUS JORDAN PRIESTER                             Counsel for Defendant: Josh B Ewing

                                                   ☐ Retained    ☐ CJA    ■ FPD

Start Time: 2:06 PM    End Time: 2:50 PM           USPO: Kaitlyn Wentz

Recess (if more than ½ hr): _____ to _____         Reporter/ECRO/FTR: Melissa Cianciullo

                                                   Interpreter: NA                Language: NA
Total Time: ____ hour(s)  44 minute(s)

---

■ Sentencing  ■ held _____ (time)  ☐ held in abeyance  ☐ continued until _____ at _____
☐ Motion Hearing held _____ (time)  ☐ defendant failed to appear  ☐ bench warrant to issue

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

☐ Court departs  ☐ upward from guidelines  ☐ downward from guidelines
☐ To _____ month(s) _____ year(s) imprisonment ☐ as to a lesser included offense ☐ on Count(s) _____ of the
   ☐ Superseding  ☐ Indictment  ☐ Information
☐ To _____ month(s) _____ years(s) imprisonment ☐ as to a lesser included offense ☐ on Count(s) _____ of the
   ☐ Superseding  ☐ Indictment  ☐ Information
☐ Sentence on Count(s) _____ shall run ☐ concurrently ☐ consecutively to:
       ☐ sentence imposed on Count(s) _____  ☐ state sentence
☐ Defendant shall get credit for time served
☐ Court recommends incarceration at _____
☐ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)
☐ Defendant ordered to self-surrender on _____ by _____ to the designated facility or USMS office.
☐ Bond ☐ continued ☐ set at $_____
☐ Defendant remanded to the custody of the US Marshal
☐ Upon release the dft shall be placed on supervised release for _____ month(s) _____ years(s) on Count(s) _____
☐ Upon release the dft shall be placed on supervised release for _____ month(s) _____ years(s) on Count(s) _____
■ Defendant sentenced to probation for a term of _____ month(s)  1  years(s)
■ Defendant shall pay a fine of $ 100 on Count(s)  1  to be paid by _____ in installments of
    _____ per _____ for a total of $_____
■ Special Assessment of ☐$25 ☐$50 ■ $100 is imposed as to ☐ each of Count(s)  1  for a total of
    $_____ to be paid immediately
■ Defendant shall pay restitution in the amount of  TBD  ☐ payable at the rate of $_____ per month
       ☐ payable to _____
■ Proposed restitution order to be filed 90 days from today
☐ Govt's motion for order of forfeiture ☐ filed ☐ granted ☐ denied ☐ to be filed
☐ Govt's ☐ oral motion to dismiss remaining count(s) ☐ filed ☐ granted ☐ denied ☐ to be filed
☐ Govt's ☐ oral motion for acceptance of responsibility ☐ filed ☐ granted ☐ denied

☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement
☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement

**CONDITIONS OF** ☐ **SUPERVISED RELEASE** ☒ **PROBATION**

☒ Mandatory conditions number(s):  1, 2A&C, 3, 5, 6A&B, 7, and 10
☒ Standard Conditions are imposed as stated on the record and in the judgment
☒ Special conditions are imposed as stated on the record and in the judgment
☐ Other: